*MADE JS-6*

# UNITED STATES DISTRICT COURT
# DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRJAM ROZENFELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　Defendant. | Case No. 2:11-cv-03163-GW-JC<br><br>**ORDER DISMISSING LAWSUIT WITHOUT PREJUDICE**<br><br>Complaint filed: April 13, 2011 |

For good cause shown by the parties' Stipulation, **IT IS HEREBY ORDERED THAT** that the above-referenced lawsuit is dismissed without prejudice, with each party to bear her/its own attorney's fees and costs.

Date: March 15, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**